UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH STORY,
    Plaintiff,
v.                                                        Case No. 3:17cv98/MCR/EMT
WILLIAM AMOS, III,
And STEVEN BUNYARD,
    Defendants.
_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

This cause is before the court upon a "Motion to Dissolve Writ of Garnishment—UBS Financial Services Inc.," filed by Defendant William L. Amos (ECF No. 72), and a response in opposition thereto filed by Plaintiff Joseph Story (ECF No. 74). The motion was referred to the undersigned for further proceedings and the preparation of a Report and Recommendation (ECF No. 73).

A summary of the pertinent facts outlining the nature and result of the underlying action in this cause may be found in earlier orders of the district court and need not be repeated here. For the purposes of this Supplemental Report, suffice it to say that on October 12, 2018, the district court—having previously granted Story's motion for summary judgment—issued an Amended Judgment in favor of

Story, against Amos, in the amount of $251,266.68 plus post-judgment interest at the statutory rate (*see* ECF Nos. 26–28, 38–39).[1]

On December 4, 2019, the Clerk of this Court issued a Writ of Garnishment ("WOG") to UBS Financial Services, Inc., as to Defendant William L. Amos, III (ECF No. 63). On December 31, 2019, UBS filed an answer to the WOG and identified three responsive accounts over which it had custody, possession, or control: Account Numbers xxx5625, xxx7245, and xxx7244, respectively (ECF No. 64). UBS identified the first account as being under the name William L. Amos III, RMA (*id*. at 1). UBS identified the latter two accounts as College Fund 529 accounts, held in Defendant Amos' name for the benefit of Sarah Elizabeth Amos and William L. Amos, IV, respectively (*id*. at 1–2).

On February 26, 2020, Defendant Amos filed a Claim of Exemption and Request for Hearing, as well as a motion to dissolve the WOG as to all three accounts (*see* ECF No. 71, 72). He contended that the College Fund 529 accounts are qualified tuition programs under Section 529 of the Internal Revenue Code and that, under Fla. Stat. § 222.22(1), the assets of any such program are not subject to garnishment (ECF No. 72 at 2). Story did not dispute Amos' contention and, in fact,

---

[1] Defendant Bunyard failed to appear or defend this action, and a default judgment was entered against him (*see* ECF Nos. 25, 28, 38, 40).

stated he agreed to not seek garnishment of those two accounts (but rather would seek garnishment only as to the first account, Account Number xxx5625) (*see* ECF No. 74 at 2).

The undersigned agreed that the College Fund 529 Accounts are exempt from garnishment. *See* 28 U.S.C. § 529; Fla. Stat. § 222.22(1). Therefore, the undersigned issued a Preliminary Report and Recommendation on April 22, 2020, recommending that those two accounts be deemed no longer subject to the WOG, so as to prevent the needless or continued restriction of any funds held in the College Fund 529 Accounts, while the issue of the remaining WOG remained under advisement (ECF No. 75). The court then directed the parties to confer regarding the remaining account and to, among other things, advise the court whether that account was still in dispute in light of Story's concession regarding the College Fund 529 accounts (which are, *by far*, the larger of the three accounts) (*see* ECF No. 76).

The parties conferred as directed and have now advised the court that the remaining WOG—as to USB Account Number xxx5625, in the name of William L. Amos, III—is no longer in dispute (*see* ECF Nos. 76, 77). As such, Defendant Amos no longer wishes to pursue the claimed exemption as to Account Number xxx5625, and all of the matters raised in Amos' underlying motion are resolved, with two

accounts addressed in the Preliminary Report and the remaining account addressed herein.

Accordingly, it is respectfully **RECOMMENDED** that:

The Motion to Dissolve Writ of Garnishment, filed by Defendant William L. Amos (ECF No. 72), be **DENIED**, **only as to USB Account Number xxx5625**.

At Pensacola, Florida, the 13th day of May 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**