UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH STORY,
    Plaintiff,

v.                                              Case No. 3:17cv98/MCR/EMT

WILLIAM AMOS, III,
and STEVEN BUNYARD,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 22, 2020 (ECF No. 75). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The following accounts identified in the "Garnishee's [UBS Financial Services, Inc.'s] Answer to Writ of Garnishment" (ECF No. 64) are deemed **no**

**longer subject** to the Writ of Garnishment issued by this Court's Clerk of Court on December 4, 2019 (ECF No. 63):

a. Account No. xxx7245, in the name of William Amos III, FBO Sarah Elizabeth Amos College Fund 529; and

b. Account No. xxx7244, in the name of William Amos III, FBO William L. Amos IV College Fund 529.

**DONE AND ORDERED** this 21st day of May 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**