UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH STORY,
    Plaintiff,
v.                                                    Case No. 3:17cv98/MCR/EMT
WILLIAM AMOS, III,
And STEVEN BUNYARD,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Supplemental Report and Recommendation issued May 13, 2020 (ECF No. 78). The parties have been furnished a copy of the Supplemental Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed, and the parties have conferred and agreed that the claimed exemption is no longer in dispute.

Having considered the Supplemental Report and Recommendation, and any timely filed objections thereto, I have determined the Supplemental Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Supplemental Report and Recommendation is adopted and incorporated by reference in this order.

2. The Motion to Dissolve Writ of Garnishment, filed by Defendant

William L. Amos (ECF No. 72), is **DENIED**, **only as to USB Account Number xxx5625**.

**DONE AND ORDERED** this 21st day of May 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**